UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                              Case No. 17-11972-EPK
Patti Nichole Hernandez                             Chapter 13

      Debtor.                                        /

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

      Elizabeth Eckhart, Esq., hereby gives notice of appearance in this cause as Counsel for Creditor, SunTrust Mortgage Inc. The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this proceeding. For reference, the property address associated with the undersigned representation is 908 Flood Road, Fort Pierce, FL 34982.

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to the following on this 20th day of October, 2017.

      I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and am in Compliance with additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

Patti Nichole Hernandez, 908 Flood Road, Fort Pierce, FL 34982

Colin V Lloyd, 302 So 2 St, Fort Pierce, FL 34950

Robin R. Weiner, P O Box 559007, Fort Lauderdale, FL 33355

United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

      /s/Elizabeth Eckhart
      Elizabeth Eckhart
      FL Bar # 0048958
      Shapiro, Fishman & Gaché, LLP
      Attorney for Secured Creditor
      4630 Woodland Corporate Blvd.
      Suite 100
      Tampa, FL  33614
      Telephone: 813-319-5278
      Fax: (813) 880-8800
      E-mail: eeckhart@logs.com

17-309871